UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN FAIRBANKS,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIN COUNTY BOARD OF SUPERVISORS, et al.,<br><br>  Defendants. | Case No.  14-cv-05466-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Kathryn Fairbanks, proceeding pro se, commenced the above-captioned case on December 15, 2014.  (Compl., Dkt. No. 1.)  The initial case management conference was set for March 17, 2015.  (Scheduling Order, Dkt. No. 2.)  On March 4, 2015, the Court, sua sponte, continued the initial case management conference because Plaintiff had not served Defendants with a copy of the summons and complaint.

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against the defendant . . . ."  In this case, the deadline for service of the summons and complaint was April 14, 2015.  As of the filing of this order, however, Plaintiff has not filed a certificate of service indicating that Defendants have been served.  Moreover, the docket in this case shows that Plaintiff never presented a proposed summons to the Clerk, and thus, summons was never issued in this case.

Accordingly, the Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to serve the summons and complaint as required by Federal Rule of Civil Procedure 4(m). Plaintiff shall file a written response to this order to show cause by July 2, 2015. Failure to file a response to this order may result in dismissal of this action.

1   The case management conference currently set for June 23, 2015 is continued to
2   September 15, 2015 at 1:30 p.m.
3   **IT IS SO ORDERED.**
4   Dated: 06/15/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge