United States District Court
Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    KATHRYN FAIRBANKS,                          Case No.  14-cv-05466-KAW
                    Plaintiff,
8
            v.
9                                                **REPORT AND RECOMMENDATION**
                                                 **TO DISMISS CASE WITHOUT**
10   MARIN COUNTY BOARD OF                       **PREJUDICE; ORDER REASSIGNING**
     SUPERVISORS, et al.,                        **CASE**
11                  Defendants.

12

13          Plaintiff Kathryn Fairbanks, proceeding pro se, commenced the above-captioned case on

14   December 15, 2014.  (Compl., Dkt. No. 1.)  The initial case management conference was set for

15   March 17, 2015.  (Scheduling Order, Dkt. No. 2.)  On March 4, 2015, the Court, sua sponte,

16   continued the initial case management conference because Plaintiff had not served Defendants

17   with a copy of the summons and complaint.

18          Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served 120 days

19   after the complaint is filed, the court . . . must dismiss the action without prejudice against the

20   defendant . . . ."  In this case, the deadline for service of the summons and complaint was April 14,

21   2015.  As of June 15, 2015, however, Plaintiff had not filed a certificate of service indicating that

22   Defendants have been served.  The docket also showed that Plaintiff never presented a proposed

23   summons to the Clerk, and thus, summons was never issued.  Based on this, the Court ordered

24   Plaintiff to show cause why this case should not be dismissed for failure to serve the summons and

25   complaint as required by Federal Rule of Civil Procedure 4(m).  (Order to Show Cause, Dkt. No.

26   7.)  Plaintiff was to file a written response to the order to show cause by July 2, 2015.  (*Id.* at 1.)

27   The Court warned Plaintiff that failure to file a response could result in dismissal of this action.

28   *(Id.)*

1     As of the filing of this report and recommendation, Plaintiff has not filed a certificate of

2  service showing that Defendants have been served, and she has not filed a response to the order to

3  show cause.  Accordingly, the undersigned recommends that this case be dismissed without

4  prejudice for failure to serve the complaint and summons as required by Federal Rule of Civil

5  Procedure 4(m).  Furthermore, as Plaintiff has not consented to the undersigned's jurisdiction

6  pursuant to 28 U.S.C. § 636(c), this case shall be reassigned to a district judge.

7     Any party may file objections to this report and recommendation with the district judge

8  within 14 days of being served with a copy.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b);

9  N.D. Civil L.R. 72-2.  The parties are advised that failure to file objections within the specified

10  time may waive the right to appeal the District Court's order.  *IBEW Local 595 Trust Funds v. ACS*

11  *Controls Corp.*, No. C-10-5568 EDL, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

12     **IT IS SO RECOMMENDED.**

13  Dated: 07/20/2015

14  _____
   KANDIS A. WESTMORE
15  United States Magistrate Judge

United States District Court
Northern District of California

2